IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| HOMER EMMETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 108-014 |
| ) | |
| VICTOR WALKER, Warden, et al., ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's 42 U.S.C. § 1983 claims are **DISMISSED** for failure to state a claim upon which relief can be granted. In addition, as there is no individual liability under the ADA, the individually named Defendants Evans, Robinson, Conley, Knight, Segur, Leath, Martin, Cain, Jones, Valles, Harris, Davis, Rowan/Clark, Howell, Reaid, Jimperson, Jones, Redd, and Michalas, as well as the individual capacity claims against Defendants Walker and Donald, are **DISMISSED**.

SO ORDERED this 15th day of July, 2008, at Augusta, Georgia.

J. RANDAL HALL
UNITED STATES DISTRICT JUDGE